# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

17-20966-CIV-MARTINEZ/WHITE

AVINIE MAURICE BATES III
Petitioner

(PRIOR)

vs.

Case No.: 5:11cr42/RH/GR

Director, Federal Bureau of Prisons
Respondent

FILED by ___ D.C.
MAR 14 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA - MIAMI

# HELP!
# PETITION FOR WRIT
# OF
# HABEAS CORPUS

Avinie Maurice Bates, III is proceeding in this matter without representation of counsel, and respectfully invokes the rule established in Hanes v. Kerner, 404 U.S. 519 (1972) holding pro se litigant pleadings are to be construed liberally and held to less stringent standard than formal pleadings drafted by lawyers. If Court can reasonably read pleading to state valid claim on which litigant might prevail, it should do so despite failure to cite proper legal authority or litigants unfamiliarity with pleading requirements in support of Petition for Writ of Habeas Corpus.

"CAUSE AND PREJUDICE"

# JURISDICTION

This court has jurisdiction pursuant rule 81(b) Federal Civil Procedure, under all writs Statue 28 U.S.C. 1651 Federal Court may issue all writs necessary or appropriate in aid of their respective jurisdictions. United States v. Johnson (11th Cir 2000)

## Reason to Grant

Petitioner is being deprived of his freedom, and confinement is illegal because: the improper order of restitution order that was used to set offense level for enhancement which was illegal. US v. Thompson, 113 Fd 13 (2nd Cir 1997)

A) Petitioner substantial rights were violated under the Mandatory Victim's Restitution Act, in that the court abused its discretion by finding a loss amount not reasonably supported by a preponderance of evidence. United States v. Frazier, 577 Fed App 271 2014 LEXIS 15147 (5th Cir 2014) and Beacham App Lexis 23384 (5th Cir 2014)

B) The sentence imposed by the court, after consulting the advisory guidelines in incorrect, and not supported by a preponderance of the evidence, in that the same was calculated from an erroneous loss amount. Due process requires that defendant be sentenced on basis of accurate information. US v. Nappi, 243 F3d (3 Cir 2001)

The Government never proved what the victims loss amount with reliable and specific evidence. United States V. Medina, 485 F.3d 1291, 1304 (11th Cir 2007). The District Court clearly erred. Petitioner sentence should have been 18-21 months, petitioner has been illegally confined for more than 55 months.

Petitioner is unable to afford counsel, and would like the Office of the Public Defender or other counsel to be appointed to represent him in the above captioned matter.

WHEREFORE, Petitioner prays that this Court; enters an order authorizing petitioner released from involuntary placement at Federal Correctional Institute, Miami Camp or issue a Writ of Habeas Corpus commanding the Director of Federal Bureau of Prisons, et al. Administration of Federal Correctional Institute, Miami to produce the body of your Petitioner before this Honorable Court for a hearing on this Petition for Writ of Habeas Corpus and appoint the Office of the Public Defender or other counsel to represent your petitioner in these proceedings; for such and further relief as the nature of this case may require.

3-6-17
Date

*Avinie M. Bates*
Avinie M. Bates, Petitioner
Reg. No.: 97718-004
Federal Prison Camp
P.O. Box 779800
Miami, FL 33177

# AFFIDAVIT

I HEREBY CERTIFY that the above stated matters in the Petition for Writ of Habeas Corpus are true and correct to the best of my information, knowledge, and belief.

_____
Avinie M. Bates, Petitioner

Quinn M Bates
Reg #97718-004
Federal Prison Camp
P.O. Box 779800
Miami, FL 33177

United States District
Southern District Court
400 N. Miami, FL. 33128

Legal Mail

USMS INSPECTED
07 MAR 2017 PM 5 L
RECEIVED
MIAMI FL 331

MAR 10 2017
12:54 PM
U.S. POSTAGE

THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING
TO YOU. THE LETTER HAS BEEN NEITHER OPENED
NOR INSPECTED. IF THE WRITER RAISES A
QUESTION OR PROBLEM OVER WHICH THIS
FACILITY HAS JURISDICTION, YOU MAY WISH TO
RETURN THE MATERIAL FOR FURTHER
INFORMATION OR CLARIFICATION. IF THE
WRITER ENCLOSES CORRESPONDENCE

3/7/17
INITIALS